**This order is SIGNED.**

**Dated: May 10, 2023**

PEGGY HUNT
U.S. Bankruptcy Judge



IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

| | |
|---|---|
| In re<br><br>Goal's Gym LLC,<br><br>           Debtor. | Case No. 22-23708<br><br>(Chapter 11, Subchapter V)<br><br>Honorable Peggy Hunt |

### ORDER CONFIRMING DEBTOR'S
### AMENDED PLAN OF REORGANIZATION FOR
### SMALL BUSINESS UNDER CHAPTER 11 SUBCHAPTER V

Goal's Gym LLC, the above captioned debtor and debtor in possession (the "**Debtor**") filed and requested confirmation of its *Amended Plan of Reorganization for Small Business Under Chapter 11 Subchapter V* [Dkt. No. 50] (the "**Plan**"). A *Notice of Amended Plan of Reorganization for Small Business Under Chapter 11 Subchapter V, Notice of Voting Ballots and Ballot Deadline, Notice of Deadline for Filing Objections to Confirmation of the Plan and Notice of Hearing* [Dkt. No. 53] (the "**Notice**") was served on all parties in interest in this case in accordance with Fed. R. Bankr. P. 2002 and this Court's *Order Granting Debtor's Ex Parte Motion For Order Approving Ballot Forms, Approving Ballot Procedures, Confirmation Hearing Notice, And Confirmation Objection Procedures* [Dkt. No. 54] (the "**Confirmation Procedures Order**"). No objections to confirmation of the Plan were filed. The Subchapter V Trustee filed a *Brief in Support of Confirmation of Small Business Chapter 11 Plan* [Dkt. No. 56] (the "**Trustee Brief**"), and the Debtor filed a *Ballot Tabulation Register* [Dkt. No. 57] and a *Ballot Tabulation Register Supplement* [Dkt. No. 59] (collectively, the "**Ballot Tabulation**").

A hearing to confirm the Plan was held before the Court on May 9, 2023. Appearances were noted on the record. Evidence was admitted in support of confirmation of the Plan. The Court, having reviewed the Plan; the Notice and the *Certificate of Service* attached thereto; the Trustee Brief; the Ballot Tabulation; the evidence; the representations and argument of counsel and the Subchapter V Trustee made at the hearing; the record in this case; and the applicable law, made its findings of fact and conclusions of law on the record at the hearing pursuant to Fed. R. Civ. P. 52, made applicable to this matter pursuant to Rules 7052 and 9014(c) of the Fed. R. Bankr. P., including this Court's jurisdiction over this matter and satisfaction of the elements of 11 U.S.C. §§ 1129(a) and1191(a), which are incorporated herein by this reference.

To the extent not addressed in its ruling on the record, the Court finds that (a) the procedures used to distribute the Plan, the Notice and the Ballots, (b) the solicitation of votes to accept or reject the Plan, and (c) the procedures used to tabulate the Ballots were fair and conducted in accordance with the Confirmation Procedures Order and the applicable provisions of the Bankruptcy Code and the Bankruptcy Rules. Notice of the Plan and the hearing to confirm the Plan was served on all parties in interest in this case in accordance with Fed. R. Bankr. P. 2002 and the Confirmation Procedures Order and no further notice is necessary. Based thereon and for good cause showing,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Plan is **APPROVED** AND **CONFIRMED** under 11 U.S.C. §§ 1129(a) and1191(a).

-END OF ORDER-

# DESIGNATION OF PARTIES TO RECEIVE NOTICE

Service of the foregoing **ORDER CONFIRMING DEBTOR'S AMENDED PLAN OF REORGANIZATION FOR SMALL BUSINESS UNDER CHAPTER 11 SUBCHAPTER V** shall be served on the parties and in the manner designated below:

**By Electronic Service:**

- **George Hofmann** ghofmann@ck.law,
- **Brian M. Rothschild tr** brothschild@parsonsbehle.com,
- **Theodore Floyd Stokes** ted@stokeslawpllc.com
- **United States Trustee** USTPRegion19.SK.ECF@usdoj.gov
- **UST—Matthew J. Burne** matthew.burne@usdoj.gov

**By U.S. Mail** - In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed R. Civ. P. 5(b):

*All parties on the Court's official case matrix.*