Stokes Law PLLC
2072 North Main Suite 102
North Logan, UT  84341
Telephone:  (435) 213-4771
Facsimile:  (888) 443-1529
Ted F. Stokes—14891
ted@stokeslawpllc.com
*Attorney for Goal's Gym LLC*

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH

| In re, | Case No.  22-23708—PH |
|---|---|
| GOAL'S GYM LLC, | |
| | ORDER ON FIRST AND FINAL APPLICATION OF TED F. STOKES AND STOKES LAW PLLC FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE DEBTOR |
| Debtor. | |
| | (Chapter 11 Subchapter V) |

Ted F. Stokes and Stokes Law PLLC ("Stokes Law"), counsel for the Debtor and the

Debtor-in-Possession, having filed the *First and Final Application of Ted F. Stokes and Stokes*

*Law PLLC for Allowance of Compensation and Reimbursement of Expenses as Counsel for the*

*Debtor* (the "Fee Application"), the Court having reviewed and being fully advised of the Fee

Application, proper notice having been given, no timely objection having been filed by a party in interest, and good cause appearing, therefore:

The Court HEREBY ORDERS THAT:

A. Counsel may take compensation for professional services rendered in the amount of $18,810.00;

B. Counsel may take reimbursement for actual and necessary expenses incurred in the amount of $12.60; and

C. The hearing scheduled for 08/15/2023 at 10:30 am regarding this matter is stricken.

ORDERED ACCORDINGLY

(Signed and dated above)

--END OF ORDER—

<u>DESIGNATION OF PARTIES TO RECEIVE NOTICE</u>

Service of the foregoing ORDER ON FIRST AND FINAL APPLICATION OF
TED F. STOKES AND STOKES LAW PLLC FOR ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE DEBTOR filed on
03/29/2022 shall be served on the parties and in the manner designated below:

**By Electronic Service:** I certify that the parties of record in this case as identified below, are
registered CM/ECF users:

- **George Hofmann** ghofmann@ck.law,
- **Brian M. Rothschild tr** brothschild@parsonsbehle.com,
- **Theodore Floyd Stokes** ted@stokeslawpllc.com
- **United States Trustee** USTPRegion19.SK.ECF@usdoj.gov
- **UST—Matthew J. Burne** matthew.burne@usdoj.gov

**By U.S. Mail** – All parties on the official mailing matrix.

DATED 07/31/2023.

Stokes Law PLLC


/s/ *Ted F. Stokes*